**Barbara J. WOOLERY, Appellant,**

v.

**INTERNAL REVENUE SERVICE;
Timothy F. Geithner,
Appellees.**

No. 09–3782.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 6, 2010.

Filed: May 13, 2010.

Barbara J. Woolery, Grain Valley, MO, pro se.

Frances E. Reddis, Lucinda S. Woolery, Asst. U.S. Attys., Kansas City, MO (Beth Phillips, U.S. Atty., on the brief), for appellees.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Barbara Woolery appeals the district court's[1] adverse grant of summary judgment on her employment-discrimination action. After de novo review, *see Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir. 2006), we find no error in the district court's order, *see Anda v. Wickes Furniture Co.,* 517 F.3d 526, 531–32 (8th Cir. 2008) (elements of hostile-work-environment claim); *Martin v. Local 1513 & Dist. 118 of the Int'l Ass'n of Machinists & Aerospace Workers,* 859 F.2d 581, 585 (8th Cir.1988) (elements of retaliation claim).

---

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

Accordingly, we affirm. *See* 8th Cir. R. 47B.